ACCEPTED
03-15-00259-CV
8327874
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 3:10:19 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00259-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 3:10:19 PM
JEFFREY D. KYLE
Clerk

BECKY, LTD.,
Appellant
v.
THE CITY OF CEDAR PARK, STEPHEN THOMAS, MATT POWELL, MITCH
FULLER, LYLE GRIMES, LOWELL MOORE, JON LUX, AND DON TRACY,
Appellees.

ON APPEAL FROM THE 126TH JUDICIAL
DISTRICT COURT OF TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-14-001293

**APPELLEES' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE
TO APPELLANT'S POST-SUBMISSION LETTER BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees, City of Cedar Park, Stephen Thomas, Matt Powell, Mitch Fuller, Lyle Grimes, Lowell Moore, Jon Lux, and Don Tracy ("Appellees") request leave to file their Response to Appellant Becky, Ltd.'s ("Appellant") Post-Submission Letter Brief, which Appellees file contemporaneously with this motion. Leave is appropriate to allow Appellees to fully address arguments made by Appellant in its Post-Submission Letter Brief.

Appellees do not wish to burden this Court with post-submission filings, but respectfully request the opportunity to respond to new arguments raised by Appellant in the Post-Submission Letter Brief Appellant filed on December 11, 2015. Appellees' response will be narrowly tailored to respond to Appellant's letter brief, and will assist the Court in the resolution of the case. Good cause therefore exists for leave to file this Response.

The undersigned has conferred with Appellee's counsel about this motion, and she has indicated that she is not opposed.

WHEREFORE, Appellees request that this motion be granted, and that this court accept their submitted Response to Appellant's Post-Submission Letter Brief for filing and distribution to the panel assigned to this proceeding.

Respectfully submitted,

**BICKERSTAFF HEATH
DELGADO ACOSTA LLP**
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
(512) 472-8021 Telephone
(512) 320-5638 Facsimile

Cobby A. Caputo
State Bar No. 03784650
ccaputo@bickerstaff.com

By:    /s/ Bradley B. Young
Bradley B. Young
State Bar No. 24028245
byoung@bickerstaff.com

**ATTORNEYS FOR APPELLEES**

## **CERTIFICATE OF CONFERENCE**

Counsel for Appellees have conferred with Appellant's counsel, who indicated that Appellant is not opposed to Appellees' Motion for Leave to File Response to Post-Submission Brief.

/s/ Bradley B. Young
Bradley B. Young
State Bar No. 24028245
byoung@bickerstaff.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served via Efiling to all parties of record on this the 21st day of December, 2015.

Elizabeth G. Bloch
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4093
(512) 472-5456
(512) 479-1101 (FAX)
Heidi.bloch@huschblackwell.com

Leonard B. Smith
P.O. Box 684633
Austin, Texas 78768
(512) 914-3732
(512) 532-6446 (FAX)
lsmith@leonardsmithlaw.com

**ATTORNEYS FOR APPELLANT**

/s/ Bradley B. Young
Bradley B. Young
State Bar No. 24028245
byoung@bickerstaff.com